CCC:MEM
F. #2021R00267

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PATRICK POLIDORE and
DENNIS WOLFOLK,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 28 2022 ★

LONG ISLAND OFFICE

I N D I C T M E N T

Cr. No. **CR 22 347**
(T. 18, U.S.C., §§ 371, 922(a)(6),
922(g)(1), 924(a)(2), 924(d)(1), 2 and
3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

**AZRACK, J.**

**LOCKE, M. J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Deal in Firearms)

1. In or about and between October 2020 and January 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants PATRICK POLIDORE and DENNIS WOLFOLK, together with others, did knowingly and willfully conspire to engage in the business of dealing in firearms without being a licensed dealer, and in the course of such business did ship, transport and receive firearms in interstate and foreign commerce, contrary to Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

2. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants PATRICK POLIDORE and DENNIS WOLFOLK, together with others, did commit and cause to be committed, among others, the following:

## OVERT ACTS

a. On or about October 29, 2020, POLIDORE purchased two firearms from licensed dealers and falsely affirmed on multiple Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

b. On or about November 4, 2020, POLIDORE purchased six firearms from licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

c. On or about and between November 5, 2020 and November 6, 2020, both dates being approximate and inclusive, WOLFOLK transported firearms purchased by POLIDORE from Georgia to Long Island, New York.

d. On or about November 18, 2020, POLIDORE purchased five firearms from licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

e. In or about and between November 17, 2020 and November 19, 2020, both dates being approximate and inclusive, WOLFOLK traveled from Long Island, New York to Georgia, and then traveled from Georgia back to Long Island, New York with firearms purchased by POLIDORE in Georgia.

f. On or about November 20, 2020, POLIDORE purchased one firearm (hereinafter, "Gun #1") from a licensed dealer and falsely affirmed on an ATF Form

4473 that he was the actual buyer of the firearm when in fact he was purchasing the firearm on behalf of another person.

    g.  On or about November 22, 2020, POLIDORE purchased three firearms from licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

    h.  On or about November 23, 2020, POLIDORE purchased five firearms from licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

    i.  On or about November 30, 2020, POLIDORE purchased two firearms from a licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

    j.  On or about December 2, 2020, POLIDORE purchased three firearms from licensed dealers and falsely affirmed on multiple ATF Form 4473s that he was the actual buyer of the firearms when in fact he was purchasing the firearms on behalf of another person.

    k.  On or about December 4, 2020, POLIDORE purchased one firearm (hereinafter, "Gun #2") from a licensed dealer and falsely affirmed on an ATF Form 4473 that he was the actual buyer of the firearm when in fact he was purchasing the firearm on behalf of another person.

1.       On or about December 4, 2020, POLIDORE and WOLFOLK were driving in a car and transporting Gun #1 and Gun #2, when law enforcement stopped the car and recovered Gun #1 and Gun #2.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT TWO
(Conspiracy to Make False Statements to Acquire Firearms)

3.       In or about and between October 2020 and December 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants PATRICK POLIDORE and DENNIS WOLFOLK, together with others, did knowingly and willfully conspire to (a) in connection with the acquisition and attempted acquisition of firearms from licensed dealers, make one or more false and fictitious oral and written statements and furnish and exhibit one or more false and fictitious and misrepresented identifications, with the intent and likelihood to deceive such dealers with respect to facts material to the lawfulness of the sales of such firearms under Chapter 44 of Title 18 of the United States Code to be kept in the records of firearms dealers licensed under Chapter 44 of Title 18 of the United States Code, contrary to Title 18, United States Code, Sections 922(a)(6) and 924(a)(2); and (b) make one or more false statements and representations with respect to information required by Chapter 44 of Title 18 of the United States Code, contrary to Title 18, United States Code, Section 924(a)(1)(A).

4.       In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants PATRICK POLIDORE and DENNIS WOLFOLK, together with others, did commit and cause to be committed, among

others, the overt acts set forth in paragraphs 2(a) through 2(l) of Count One of this Indictment, which are realleged and incorporated as if fully set forth in this paragraph.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNTS THREE THROUGH ELEVEN
(Making False Statements to Acquire Firearms)

5. On or about the dates set forth below, within the Northern District of Georgia, the defendant PATRICK POLIDORE, together with others, did knowingly and intentionally make one or more false and fictitious oral and written statements in connection with the acquisition and attempted acquisition of one or more firearms from a licensed dealer, which statements were intended and likely to deceive such dealer with respect to one or more facts material to the lawfulness of the sales of such firearms under Chapter 44 of Title 18 of the United States Code:

| **COUNT** | **DATE** |
|---|---|
| THREE | October 29, 2020 |
| FOUR | November 4, 2020 |
| FIVE | November 18, 2020 |
| SIX | November 20, 2020 |
| SEVEN | November 22, 2020 |
| EIGHT | November 23, 2020 |
| NINE | November 30, 2020 |

| COUNT | DATE |
|---|---|
| TEN | December 2, 2020 |
| ELEVEN | December 4, 2020 |

(Title 18, United States Code, Sections 922(a)(6), 924(a)(2), 2 and 3551 et seq.)

COUNT TWELVE
(Felon in Possession of a Firearm)

6. On or about December 4, 2020, within the Northern District of Georgia, the defendant DENNIS WOLFOLK, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce two firearms, to wit: (a) a 9mm KAHR Arms model CM9 handgun bearing serial number EI1002 and (b) a 9mm Taurus model G2C handgun bearing serial number ABK027140.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

7. The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: *Carolyn Pokorny*
_____
Assistant U.S. Attorney

F.#: 2021R00267
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

PATRICK POLIDORE and DENNIS WOLFOLK,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 371, 922(a)(6), 922(g)(1), 924(a)(2), 924(d)(1), 2 and 3551 et seq.); T. 21, U.S.C., § 853 (p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 \_\_\_\_\_

_____
Clerk

Bail, $ _____

_____

*Mark E. Misorek, Assistant U.S. Attorney (631) 715-7874*